**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | |
|---|---|
| SELECTIVE WAY INSURANCE COMPANY : : : Plaintiff, : : v. : : CRAWL SPACE DOOR SYSTEM, INC. : d/b/a CRAWL SPACE DOOR : SYSTEMS, INC. : Defendant. | Civil Action No. 2:14cv650 |

## **EXHIBIT**

Selective Way Insurance Company herein files "Exhibit A" to the Complaint previously filed in the above captioned action.

**SELECTIVE WAY INSURANCE COMPANY**

By: /s/ *Harold E. Johnson*
 Of Counsel

Calvin W. Fowler, Jr. (VSB 27982)
Harold E. Johnson (VSB 65591)
WILLIAMS MULLEN
200 South 10th Street
P. O. Box 1320
Richmond, Virginia 23218-1320
804.420.6000
804.420.6507 (Fax)
wfowler@williamsmullen.com
hjohnson@williamsmullen.com

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, and a true copy has been sent via US mail postage prepaid, on this 20th day of January, 2015 to:

Scott L. Reichle, Esq.
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
(757) 223-4536 (telephone)
(757) 249-1627 (facsimile)
*Counsel for Defendant*

By: /s/ *Harold E. Johnson*
Calvin W. Fowler, Jr. (VSB #27982)
Harold E. Johnson, (VSB #65591)
Williams Mullen
200 South 10th Street
P.O. Box 1320 (23218)
Richmond, VA 23219
(Tel) 804-420-6000
(Fax) 804-420-6507
*Counsel for Plaintiff*