**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | | |
|---|---|---|
| SELECTIVE WAY INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | Case No. 2:14-cv-00650-RGD-LRL |
| v. | : : | |
| CRAWL SPACE DOOR SYSTEMS, INC. | : : : | |
| Defendant. | : : | |

**PLAINTIFF SELECTIVE WAY INSURANCE COMPANY'S**
**MOTION FOR RECONSIDERATION**

Selective Way Insurance Company, ("Selective") by counsel, for the reasons set forth in their Memorandum of Law in Support of this Motion, hereby moves for reconsideration of the Court's July 17, 2015, Order which holds in abeyance the fully-briefed and argued Motions for Summary Judgment filed by Selective and Defendant, Crawl Space Door System, Inc. ("Crawl Space"), pending the complete resolution of the motion for partial judgment on the pleadings in the underlying action in New Jersey styled <u>Smart Vent Products, Inc. v. Crawl Space Door System, Inc.</u> lawsuit ("<u>Smart Vent</u> Lawsuit").

        SELECTIVE WAY INSURANCE COMPANY

        By: /s/ *Harold E. Johnson*
            Of Counsel

        Calvin W. Fowler, Jr., Esquire (VSB #27982)
        Harold E. Johnson, Esquire (VSB #65591)
        WILLIAMS MULLEN
        200 South 10th Street
        P. O. Box 1320
        Richmond, VA 23218-1320

Phone:  804.420.6000
Fax:  804.420.6507
wfowler@williamsmullen.com
hjohnson@williamsmullen.com

Kevin MacGillivray (Admitted *Pro Hac Vice*)
McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07960
973.993.8100
973.425.0161 (Fax)
*Attorneys for Plaintiff,*
*Selective Way Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Scott Reichle, Esquire
>PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC
>12350 Jefferson Avenue, Suite 300
>Newport News, VA  23602
>sreichle@pwhd.com
>*Counsel for Defendant/Counterclaimant*

>By: /s/ *Harold E. Johnson*
>
>Calvin W. Fowler, Jr., Esquire (VSB #27982)
>Harold E. Johnson, Esquire (VSB #65591)
>WILLIAMS MULLEN
>200 South 10th Street, Suite 1600 (23219)
>P. O. Box 1320
>Richmond, VA  23218-1320
>804.420.6000
>804.420.6507 (Fax)
>wfowler@williamsmullen.com
>hjohnson@williamsmullen.com
>
>Kevin MacGillivray (Admitted *Pro Hac Vice*)
>McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
>1300 Mt. Kemble Avenue
>P.O. Box 2075
>Morristown, New Jersey 07960
>973.993.8100
>973.425.0161 (Fax)
>*Attorneys for Plaintiff,*
>*Selective Way Insurance Company*